Thomas V. Johnston, Esq.
California State Bar No. 82019
15915 Ventura Blvd., Suite 301
Encino, CA 91436
telephone: (818) 905-5454

Attorney for Defendant
SERGE ZADIKIAN

FILED
CLERK, U.S. DISTRICT COURT
JUN 23 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 08-1456M |
| Plaintiff, | [PROPOSED] ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY FOR DEFENDANT SERGE ZADIKIAN |
| vs. | |
| SERGE ZADIKIAN, ET AL., | |
| Defendants. | |

The requested substitution of retained counsel Thomas V. Johnston, in place of previously appointed counsel Deputy Federal Public Defender Myra Sun, as counsel of record for defendant Serge Zadikian in this matter is approved.

It is so ORDERED.

Dated: June 23, 2008

_____
UNITED STATES MAGISTRATE JUDGE